UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Medalist Homes, Inc.,

Plaintiff,

v.

Solid Oak Construction Co., John Doe and Mary Roe,

Defendants.

Civil Action No. 00-CV-2703 (PAM/JGL)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

The above parties, through their respective attorneys, do hereby stipulate and agree that the claims asserted in the Complaint may be dismissed with prejudice and on the merits and without costs and disbursements to any party.

Dated: 3/27, 2001.

BEST & FLANAGAN LLP

By [signature]
David J. Zubke (#162504)
Caryn S. Glover (#183040)
601 Second Avenue South, Suite 4000
Minneapolis, Minnesota 55402
(612) 339-7121 (telephone)
(612) 339-5897 (facsimile)

ATTORNEYS FOR PLAINTIFF

Dated: 3/28, 2001.

NASH & LODGE

By [signature]
Steven J. Lodge (#256146)
222 Monroe Street (Lower Level)
Anoka, Minnesota 55303
(763) 712-4847

ATTORNEYS FOR DEFENDANT

FILED MAR 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER FOR DISMISSAL**

Based on the foregoing Stipulation, and all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 29, 2001

BY THE COURT:

Paul A. Magnuson
Judge of the United States District Court

144340_1