**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Medalist Homes, Inc.,

Plaintiff,

v.

Solid Oak Construction Co., John Doe and Mary Roe,

Defendants.

Civil Action No. 00-CV-2703 (PAM/JGL)

**ORDER FOR JUDGMENT**

---

Based upon the Affidavit of Caryn S. Glover, attorney for Plaintiff, and the Settlement Agreement appended thereto, and upon all the files and proceedings herein,

IT IS HEREBY ORDERED that the Plaintiff have judgment as demanded in its Complaint dated December 13, 2000 against the Defendant Solid Oak Construction Co. in the amount of $8,000.00 pursuant to the terms of the Settlement Agreement.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 4, 2001

BY THE COURT:

Paul A. Magnuson
Chief Judge of the District Court

147175_1

FILED MAY 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 04 2001
DEPUTY CLERK